# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 117 MAL 2015
:
             Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
KASHIF M. ROBERTSON, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2015, the Application to Supplement the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED**.